UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROCKE WILLIAM DILBERT,

    Petitioner,

v.                                               CASE NO. 8:13-CV-2189-T-30MAP
                                              CRIM. CASE NO. 8:11-CR-631-T-30MAP

UNITED STATES OF AMERICA,

    Respondent.
_____/

**ORDER**

THIS MATTER comes before the Court upon consideration of Petitioner's Motion for Reconsideration (CV Dkt. 6) which the Court construes as a motion to alter or amend a judgment filed pursuant to Fed. R. Civ. P. Rule 59(e). On September 25, 2013, the Court denied Petitioner's § 2255 motion to vacate (Dkt. 4), and judgment was entered against Petitioner on September 26, 2013 (Dkt. 5).

"The only grounds for granting [a Rule 59] motion are newly-discovered evidence or manifest errors of law or fact." *Arthur v. King*, 500 F.3d 1335, 1343 (11th Cir. 2007) (quoting *In re Kellogg*, 197 F.3d 1116, 1119 (11th Cir. 1999)). In support of his motion, Petitioner argues the "law of the flag" doctrine.[1] Violation of the "law of the flag" doctrine, however, was not a claim raised in Petitioner's § 2255 motion to vacate (See CV Dkts. 1, 2). "[A] Rule 59(e) motion [cannot be used] to relitigate old matters, *raise argument or present evidence that could have been raised prior to the entry of judgment.*" *Id.* (quoting *Michael*

---

[1] "[T]he 'law of the flag' doctrine. . .states generally that 'a merchant ship is a part of the territory of the country whose flag she flies.'" *United States v. Sanford Ltd.*, 880 F. Supp. 2d 9, 16 (D.D.C. 2012) (quoting *Cunard S.S. Co. v. Mellon*, 262 U.S. 100, 123 (1923)).

*Linet, Inc. v. Village of Wellington, Fla.*, 408 F.3d 757, 763 (11th Cir. 2005) (emphasis added).

Upon review of Petitioner's motion, the Court concludes that Petitioner has failed to provide good cause for this Court to alter or amend the judgment. *See Cover v. Wal-Mart*, 148 F.R.D. 294, 295 (M.D. Fla. 1993).

**ACCORDINGLY**, the Court **ORDERS** that Petitioner's Motion for Reconsideration (CV Dkt. 6) is **DENIED**.

## CERTIFICATE OF APPEALABILITY AND LEAVE TO APPEAL IN FORMA PAUPERIS DENIED

The Court declines to issue a certificate of appealability because Petitioner has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(2). Nor will the Court authorize the Petitioner to proceed on appeal *in forma pauperis* because such an appeal would not be taken in good faith. See 28 U.S.C. § 1915(a)(3). Petitioner shall therefore be required to pay the full amount of the appellate filing fee pursuant to § 1915(b)(1) and (2).

**DONE** and **ORDERED** in Tampa, Florida on October 22, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copy to: Petitioner, *pro se*
　　　　　Counsel of Record